```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 36340
   LEVATER HALL ALABI
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5861

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 09/30/2004 and was confirmed 11/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/17/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
---------------------------------------------------------------------------
CITIFINANCIAL              CURRENT MORTG    12218.98            .00    12218.98
COUNTRYWIDE HOME LOANS     CURRENT MORTG    47860.24            .00    47860.24
FORD MOTOR CREDIT          SECURED          25000.00        2068.72    25000.00
FORD MOTOR CREDIT          UNSECURED         7335.31            .00     7335.31
CAPITAL ONE SERVICES       UNSECURED        NOT FILED           .00         .00
CAPITAL ONE SERVICES       UNSECURED        NOT FILED           .00         .00
ROUNDUP FUNDING LLC        UNSECURED         2392.50            .00     2392.50
WORLD FINANCIAL NETWORK    UNSECURED          437.06            .00      437.06
ISAC                       SECURED              .00             .00         .00
SHERMAN ACQUISITION        UNSECURED         2528.38            .00     2528.38
WORLD FINANCIAL NETWORK    UNSECURED          555.47            .00      555.47
CITIFINANCIAL              MORTGAGE ARRE     245.00             .00      245.00
CITIFINANCIAL MTG          NOTICE ONLY     NOT FILED            .00         .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                     6,251.72
DEBTOR REFUND              REFUND                                      1,349.88

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              110,943.26

PRIORITY                                          .00
SECURED                                     85,324.22
    INTEREST                                 2,068.72
UNSECURED                                   13,248.72
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         6,251.72
DEBTOR REFUND                                1,349.88
                       ---------------      ---------------
TOTALS               110,943.26             110,943.26

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 36340 LEVATER HALL ALABI
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 36340 LEVATER HALL ALABI